UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA M. CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CALIFORNIA NATIONAL GUARD, et al.,<br><br>    Defendants. | No. 2:13-cv-1440-KJM-KJN |
| GRACIELA M. CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.<br><br>    Defendants. | No. 2:14-cv-01820-JAM-EFB<br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

1

1  substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of
2  these matters to the same judge is likely to effect a substantial savings of judicial effort and is
3  likely to be convenient for the parties.
4      The parties should be aware that relating cases under Rule 123 causes the actions
5  to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
6  cases are generally assigned to the judge and magistrate judge to whom the first filed action was
7  assigned.
8      As a result, it is hereby ORDERED that 2:14-cv-01820-JAM-EFB is reassigned
9  from Judge John A. Mendez to the undersigned.  Henceforth, the caption on documents filed in
10 the reassigned case shall be shown as 2:14-cv-01820-KJM-KJN.
11     It is further ORDERED that the Clerk of the Court make appropriate adjustment in
12 the assignment of civil cases to compensate for this reassignment.
13     IT IS SO ORDERED.
14 DATED: December 9, 2014.

_____
UNITED STATES DISTRICT JUDGE